| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| RICHARD CARMICHAEL, | | |
| | Plaintiff, | Case No.  C06-5542 RJB/KLS |
| v. | | ORDER DIRECTING PLAINTIFF TO SUBMIT SERVICE COPIES AND SERVICE FORMS FOR SERVICE OF PLAINTIFF'S AMENDED COMPLAINT |
| WILLIAM RILEY, *et al.*, | | |
| | Defendants. | |

The Court has reviewed Plaintiff's proposed Amended Complaint (Dkt. # 53) and finds it acceptable.  Plaintiff's Amended Complaint names additional Defendants Thomas G. Bohon, James Thatcher, William Lucas, J.C. Miller, Daniel Clark, Gerald Thompson, Paula Miller, and Fritz Schlottman.  Plaintiff is now directed to supply the information necessary so that the Court may direct the United States Marshall to serve the Amended Complaint and summons upon the additional defendants.

Accordingly, it is **ORDERED:**

(1) The Clerk of the Court is directed to file Plaintiff's Amended Complaint (Dkt. # 53) and to send service forms to Plaintiff;

(2) Plaintiff is directed to fill out the forms with complete addresses for the additionally named defendants and return the forms with service copies of the Amended Complaint so that the U.S. Marshal may attempt service by mail upon the named defendants.  These documents

ORDER
Page - 1

must be returned on or before **November 30, 2007,** or the Court will recommend dismissal of this action for failure to prosecute.

DATED this  19th  day of October, 2007.

_Karen L. Strombom_
Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2