UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD CARMICHAEL,

            Plaintiff,

v.

WILLIAM RILEY, *et al.*,

            Defendants.

Case No. C06-5542 RJB/KLS

ORDER DIRECTING PLAINTIFF TO SUBMIT SERVICE COPIES AND SERVICE FORMS FOR SERVICE OF PLAINTIFF'S SECOND AMENDED COMPLAINT

The Court has reviewed Plaintiff's proposed Second Amended Complaint (Dkt. # 66) and finds it acceptable. Plaintiff's Amended Complaint names additional Defendants Thomas G. Bohon, Jr., James Thatcher, William Lucas, and J.C. Miller. Plaintiff is now directed to supply the information necessary so that the Court may direct the United States Marshall to serve the Second Amended Complaint and summons upon the additional defendants.

Accordingly, it is **ORDERED:**

(1)    The Clerk of the Court is directed to send service forms to Plaintiff;

(2)    Plaintiff is directed to fill out the forms with complete addresses for the additionally named defendants and return the forms with service copies of the Second Amended Complaint so that the U.S. Marshal may attempt service by mail upon the named defendants. These

documents must be returned on or before **February 1, 2008,** or the Court will recommend dismissal of this action for failure to prosecute.

DATED this  4th   day of January, 2008.

*[signature]*
Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2