UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD LEE CARMICHAEL,

    Plaintiff,

    v.

WILLIAM RILEY, *et al.,*

    Defendants.

Case No. C06-5542 RJB/KLS

ORDER DENYING PLAINTIFF'S MOTIONS TO CORRESPOND AND TO EXPEDITE

    Presently before the Court are Plaintiff's Motions to Correspond with Washington State Prisoners (Dkt. # 44) and to Expedite the Motion to Correspond (Dkt. # 65). On December 6, 2007, the Court ordered Defendant Riley to advise what steps have been taken or that can be taken to facilitate receipt of the approved correspondence by Plaintiff, who is a Washington prisoner housed in an out-of-state facility. (Dkt. # 64).

    Defendant Riley advises the Court that steps have been taken to facilitate Plaintiff's requests to correspond with out-of-state inmates. (Dkt. # 67, Exh. 1). According to the Warden of the Ely State Penitentiary, Plaintiff must first properly submit request forms to the facility where he is housed in Nevada, something he had failed to properly do. (*Id.*). The Court is advised that the Nevada facility is now in possession of the names of inmates in Washington with whom the Plaintiff has been granted permission to correspond, and that Plaintiff's caseworker will work with Plaintiff to complete the appropriate forms to facilitate the process in Nevada. The Court is also aware that once the forms are filled out and submitted, they will be processed according to

ORDER - 1

Nevada's policy regarding inmate-to-inmate correspondence.

ACCORDINGLY, it is ORDERED:

(1) Plaintiff's motions to correspond and motion to expedite (Dkt. Nos. 44 and 65) are **DENIED;**

(2) The Clerk is directed to send copies of this order to Plaintiff and counsel for Defendants.

DATED this 14th day of January, 2008.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2