UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD LEE CARMICHAEL,

    Plaintiff,

  v.

WILLIAM RILEY, *et al.*,

    Defendants.

Case No. C06-5542 RJB/KLS

ORDER GRANTING MOTION TO EXTEND DISCOVERY DEADLINE

    Before the Court is Plaintiff's motion to stay discovery until counsel has been appointed on his behalf. (Dkt. # 81). Defendants do not oppose a reasonable stay of discovery for sixty days after counsel has entered a notice of appearance on behalf of Plaintiff. (Dkt. # 82).

    Accordingly, it is **ORDERED:**

(1)    Plaintiff's motion to stay discovery (Dkt. # 81) is **GRANTED** and all discovery in this matter shall be **STAYED** for a period of **sixty (60) days** after counsel has entered a notice of appearance on behalf of Plaintiff;

(2)    The Clerk of Court is directed to send a copy of this Order to Plaintiff and to counsel for Defendants.

ORDER - 1

1

2    DATED this  4th  day of April, 2008.

3

4

5                                               Karen L. Strombom

6                                               United States Magistrate Judge

28  ORDER - 2