1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7

RICHARD LEE CARMICHAEL,

8

Plaintiff,

Case No. C06-5542 RJB/KLS

9

v.

ORDER REGARDING REQUEST
FOR STATUS REPORT

10

WILLIAM RILEY, *et al.*,

11

Defendants.

12

13

14

15

Plaintiff has requested a status of the appointment of counsel on his behalf.  (Dkt. # 88).

Mr. Carmichael is advised that the court is still attempting to locate pro bono counsel to represent

him in this matter.

16

17

18

DATED this   2nd   day of June, 2008.

19

20

21

22

Karen L. Strombom
United States Magistrate Judge

23

24

25

26

ORDER - 1