UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD LEE CARMICHAEL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM RILEY, *et al.*,<br><br>　　　　Defendants. | Case No. C06-5542 RJB/KLS<br><br>ORDER GRANTING MOTION TO STAY DEFENDANTS' MOTION TO DISMISS |

　　　　Before the Court is Plaintiff's motion to stay (Dkt. # 89) Defendants' motion to dismiss second amended complaint (Dkt. # 87) until counsel has been appointed on his behalf. (Dkt. # 81). Defendants do not oppose a reasonable stay. (Dkt. # 90).

　　　　Accordingly, it is **ORDERED:**

　　(1)　Plaintiff's motion to stay Defendants' motion to dismiss (Dkt. # 89) is **GRANTED** and Defendants' motion to dismiss second amended complaint (Dkt. # 87) presently noted for June 6, 2008 shall be **stricken** from the court's calendar. Defendants may re-note the motion not less than sixty (60) days after counsel has been appointed.

ORDER - 1

(2)   The Clerk of Court is directed to send a copy of this Order to Plaintiff and to counsel for Defendants.

DATED this  9th  day of June, 2008.

                                              Karen L. Strombom
                                              United States Magistrate Judge

ORDER - 2