| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

**UNITED STATES DISTRICT COURT
WESTERN DISCTRICT OF WASHINGTON
AT TACOMA**

RICHARD LEE CARMICHAEL,

           Plaintiff,

  v.

WILLIAM RILEY,

           Defendant.

NO. C06-5542 RJB/KLS

ORDER GRANTING STIPULATED MOTION EXTENDING DISPOSITVE MOTION DEADLINE AND EXTENDING DEADLINE FOR FILING JOINT STATUS REPORT

     Before the Court is the parties' Stipulated Motion for Order Extending Dispositve Motion Deadline. Dkt. 109. The parties stipulate and agree to re-setting the dispositive motion deadline from August 14, 2009 to September 18, 2009. *Id.* p. 2. The Court notes that deadline for filing the parties' Joint Status Report is currently set for October 23, 2009. Dkt. 102, p. 2. To allow sufficient time for the Court to consider and rule on any dispositive motions filed by the new September 18th deadline proposed by the parties, the Court finds that the joint status report deadline should be reset also.

     Accordingly, it is **ORDERED**:

     1.    The parties' Motion to Extend Dispositive Motion Deadline (Dkt. 109) is **GRANTED**.

     2.    The cutoff date for the filing of dispositive motions is **September 18, 2009.**

3. The deadline for submission of the parties' joint status report is **November 20, 2009**.

4. The clerk is directed to send copies of this Order to Plaintiff and to counsel for Defendants.

DATED this  19th  day of August, 2009.

Karen L. Strombom
United States Magistrate Judge