1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**
**WESTERN DISCTRICT OF WASHINGTON**
**AT TACOMA**

RICHARD LEE CARMICHAEL,

                Plaintiff,

  v.

WILLIAM RILEY,

              Defendant.

NO. C06-5542 RJB/KLS

ORDER GRANTING STIPULATED
MOTION EXTENDING JOINT
STATUS REPORT DEADLINE

Before the court is the parties' Stipulated Motion for Order Extending Dispositve

Motion Deadline. Dkt. 115. The parties stipulate and agree to reset the deadline for the filing

of their joint status report to 30 days after entry of the court's order on Defendant's pending

summary judgment motion (Dkt. 111).

Accordingly, it is **ORDERED**:

1.      The parties' Motion to Extend Joint Status Report Deadline (Dkt. 115) is

**GRANTED**.

2.      The deadline for submission of the parties' joint status report is thirty (30) days

following the court's final order on the pending motion for summary judgment.

3.      The clerk is directed to send copies of this Order to counsel for the parties.

DATED this  1st  day of December, 2009.

Karen L. Strombom
United States Magistrate Judge

ORDER GRANTING MOTION TO EXTEND JSR DEADLINE