1

2

3

4                        UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
5                                  AT TACOMA

6

7    RICHARD LEE CARMICHAEL,

8                    Plaintiff,              Case No.  C06-5542 RJB/KLS

9           v.

10   WILLIAM RILEY, *et al.,*                ORDER SETTING ORAL
                                             ARGUMENT
11                   Defendants.

12

13          This matter comes before the Court on the Report and Recommendation of U.S. Magistrate Judge

14   Karen L. Strombom.  Dkt. 117.  The Court has reviewed the Report and Recommendation, the objections,

15   and the remaining record.

16          Upon consideration of same, the Court finds that oral argument is appropriate.  Oral argument

17   should be set for March 18, 2010, at 10:30 A.M.

18          As a general matter, parties should be prepared to discuss what evidence in the record supports a

19   casual connection between Mr. Riley's actions and the actions of those parties who are now allegedly

20   threatening Plaintiff.  Parties should be prepared to discuss the hearsay issues that the State raises in its

21   objections.  They should address what direct and circumstantial evidence, if any, shows that Mr. Riley

22   talked with other inmates about Plaintiff, the causal connection between Mr. Riley's actions regarding

23   other inmates and the Plaintiff's asserted harm.

24          The Report and Recommendation should be renoted for March 18, 2010.

25          Accordingly, it is **ORDERED**:

26   •       Oral Argument **SHALL** be held on March 18, 2010, at 10:30.

27   •       The Report and Recommendation is **RENOTED** for March 18, 2010

28   •       The Clerk is directed to send uncertified copies of this Order to all counsel of record and to

ORDER
Page - 1

any party appearing *pro se* at said party's last known address.

DATED this 8th day of March, 2010.

Robert J Bryan
United States District Judge