# United States District Court

WESTERN DISTRICT OF WASHINGTON

RICHARD LEE CARMICHAEL,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: C06-5542 RJB/KLS

WILLIAM RILEY, *et al.,*

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

- The Report and Recommendation (Dkt. 117) is **ADOPTED, IN PART,** and **DENIED, IN PART**;

- Defendant's Motion for Summary Judgment (Dkt. 111) is **GRANTED**; and

- Plaintiff's claims are **DISMISSED**.

| May 11, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/ Mary Trent*
Deputy Clerk